BEFORE THE SECOND DIVISION, NOVEMBER 1, 1939

**No. 42617.**—Protest 976676–G of Rolls Razor, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the merchandise in question was held dutiable at 27½ percent under paragraph 372. *Lee* v. *United States* (T. D. 49358) cited.

**No. 42618.**—Protest 709973–G of Heinrich Hermann & Weiss (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the bottles and desk pads in question were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 42619.**—Protest 995422–G of Continental Merchandise Corp. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of calendars chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was sustained. Abstract 40681, *Rice* v. *United States* (T. D. 49373), *United States* v. *Friedlaender* (21 C. C. P. A. 103 T. D. 46445), and *Dow* v. *United States* (id. 282 T. D. 46816) cited.

BEFORE THE THIRD DIVISION, NOVEMBER 1, 1939

**No. 42620.**—Protests 852713–G etc. of Rodway Sales Corp. et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of tomato sticks, Bronx bix, football cheese wafers, and cheese sticks the same as those the subject of *Renken* v. *United States* (1 Cust. Ct. 309 C. D. 73) and Abstract 18777. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 42621.**—Protest 984881–G of Pacific Trading Co. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 32355 Mandarin oranges were held dutiable at 1 cent per pound under paragraph 743 as claimed.

**No. 42622.**—Protests 953823–G, etc., of Central Madeira Corp. et al. (New York).

Opinion by EVANS, J. On the records presented the protests were overruled.

**No. 42623.**—Protests 948257–G, etc., of Bloomingdale Bros. (New York).

Opinion by EVANS, J. On the record presented the protests were overruled.